IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>iPURITY, INC., et al.,<br><br>　　　　　Defendants. | No. C 12-3779 MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE MOTION FOR DEFAULT JUDGMENT; CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　On October 1, 2012, the Clerk of Court entered default against defendants iPurity, Inc. and Kurt Gilson.  Accordingly, plaintiffs are hereby ORDERED to file, no later than January 11, 2013, a motion for default judgment or statement indicating why they should not be required to do so.

　　　In light of the above, the Case Management Conference is hereby continued from November 30, 2012 to March 1, 2013.

　　　**IT IS SO ORDERED.**

Dated:  November 26, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge