IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> iPURITY, INC., et al., <br><br> Defendants. | No. C 12-3779 MMC <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pending Motion for Default Judgment, the Case Management Conference currently scheduled for March 1, 2013 is hereby CONTINUED to May 17, 2013.

**IT IS SO ORDERED.**

Dated: February 19, 2013

MAXINE M. CHESNEY
United States District Judge