**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12
U.A. LOCAL 342 JOINT LABOR-
MANAGEMENT COMMITTEE, et al.,

No. C 12-3779 MMC

13
Plaintiffs,

**ORDER DIRECTING PLAINTIFFS TO
SUBMIT CHAMBERS COPIES OF
DOCUMENTS IN COMPLIANCE WITH
CIVIL LOCAL RULES AND THE
COURT'S STANDING ORDERS**

14
v.

15
iPURITY, INC., et al.,

16
Defendants.
_____/

17

18       On February 21, 2013, plaintiffs filed a "Supplemental Declaration of Kim Biagi in

19   Support of Motion for Default Judgment Against iPurity, Inc."  Plaintiffs have violated the

20   Civil Local Rules of this District and the Court's standing orders, however, by failing "to

21   provide for chambers a paper copy of each document that is electronically filed . . . marked

22   'Chambers Copy'."  See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases

23   Assigned to The Honorable Maxine M. Chesney ¶ 2.

24       Plaintiffs are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the

25   Court's Standing Orders by immediately submitting chambers copies of the above-

26   referenced document.  Plaintiffs are hereby advised that if they fail in the future to comply

27   with the Court's Standing Order to provide a chambers copy of each electronically-filed

28   document, the Court may impose sanctions, including, but not limited to, striking from

1   the record any electronically-filed document of which a chambers copy has not been timely

2   provided to the Court.

3   **IT IS SO ORDERED.**

4

5   Dated:  February 28, 2013

MAXINE M. CHESNEY
6                                                      United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2