IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>iPURITY, INC., et al.,<br><br>Defendants. | No. C 12-3779 MMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

Before the Court is plaintiffs' Motion for Default Judgment, filed January 11, 2013. No opposition has been filed.

Having read and considered the papers filed in support of the motion, the Court, for the reasons stated in the motion, hereby GRANTS the motion, as follows:

1. Plaintiffs are entitled to contributions in the amount of $119,516.35.

2. Plaintiffs are entitled to liquidated damages in the amount of $110,861.29.

3. Plaintiffs are entitled to prejudgment interest in the amount of $19,804.91.

4. Plaintiffs are awarded the sum of $9,115.00 in attorney's fees, which fees the Court finds were reasonably incurred.

Accordingly, plaintiffs shall have judgment against defendants in the amount of $259,297.55.

**IT IS SO ORDERED.**

Dated: April 11, 2013

MAXINE M. CHESNEY
United States District Judge