IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR MANAGEMENT COMMITTEE, et al., | No. CV- 12-3779 MMC |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| IPURITY, INC., et al., | |
| Defendants. | |

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Plaintiffs are entitled to contributions in the amount of $119,516.35.

2. Plaintiffs are entitled to liquidated damages in the amount of $110,861.29.

3. Plaintiffs are entitled to prejudgment interest in the amount of $19,804.91.

4. Plaintiffs are awarded the sum of $9,115.00 in attorney's fees, which fees the Court finds were reasonably incurred.

Accordingly, plaintiffs shall have judgment against defendants in the amount of $259,297.55.

Dated: April 12, 2013

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk