IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR MANAGEMENT COMMITTEE, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>IPURITY, INC., et al.,<br><br>          Defendants. | No. CV- 12-3779 MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Plaintiffs are entitled to contributions in the amount of $119,516.35.

2. Plaintiffs are entitled to liquidated damages in the amount of $110,861.29.

3. Plaintiffs are entitled to prejudgment interest in the amount of $19,804.91.

4. Plaintiffs are awarded the sum of $9,115.00 in attorney's fees, which fees the Court finds were reasonably incurred.

Accordingly, plaintiffs shall have judgment against defendants in the amount of $259,297.55.

Dated: April 12, 2013                                                       Richard W. Wieking, Clerk

                                                                                          *Tracy Lucero*
                                                                                          By: Tracy Lucero
                                                                                          Deputy Clerk